# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
# -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 2:03-CR-158-KJD-PAL |
| Plaintiff, ) | |
| v. ) | ORDER |
| ) | |
| VU NGUYEN, ) | |
| ) | |
| Defendant. ) | |

Based on the pending application of the government, and good cause appearing,

**IT IS THEREFORE ORDERED** that the attorney-client privilege in the above-captioned case is waived, and that First Assistant Federal Defender Michael Kennedy and Assistant Federal Defender Michael Powell shall forthwith, but not later than thirty days after the date of this Order, provide the government with affidavits containing all materials and information relating to matters put at issue in Defendant's 28 U.S.C. § 2255 Motion.

**DATED**: this __10__ day of June 2011.

_____
UNITED STATES DISTRICT JUDGE