# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
# -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,               ) | |
|                                         ) | 2:03-CR-158-KJD-PAL |
|             Plaintiff,                  ) | |
|      v.                                 ) | ORDER |
|                                         ) | |
| VU NGUYEN                               ) | |
|                                         ) | |
|             Defendant.                  ) | |
|                                         ) | |

Based on the pending application of the government, and good cause appearing,

**IT IS ORDERED** that the government shall have to and including sixty days from the date of this order within which to file its response to Defendant's motion pursuant to 28 U.S.C. § 2255 to vacate, set aside or correct sentence by a person in federal custody.

**DATED**:  this  21st  day of June 2011.

_____
UNITED STATES DISTRICT JUDGE