|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | )  2:03-cr-158-KJD-PAL |
| v. | ) |
| VU NGUYEN, | ) |
| Defendant. | ) |

**ORDER**

Based on the pending application of the government, and good cause appearing,

**IT IS ORDERED** that the government shall have to and including September 30, 2011, within which to file its response to Defendant's motion pursuant to 28 U.S.C. § 2255 to vacate, set aside or correct sentence by a person in federal custody.

**DATED:** this __22__ day of August, 2011.

_____
UNITED STATES DISTRICT JUDGE