# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

VU NGUYEN,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

Case No. 2:03-CR-00158-KJD-PAL

**ORDER**

    Presently before the Court is Petitioner's Motion for an Extension of Time (#228) to respond to the Government's opposition to his motion pursuant to 28 U.S.C. § 2255. No response in opposition has been filed. Therefore, in accordance with Local Rule 7-2(d) and good cause being found the motion is granted. Petitioner's reply in support of his motion shall be filed no later than December 21, 2012. No further extensions shall be granted.

**IT IS SO ORDERED.**

    DATED this 9th day of November 2012.

_____
Kent J. Dawson
United States District Judge