# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Vu Nguyen

                  Petitioner,

v.

UNITED STATES OF AMERICA

                  Respondent.

JUDGMENT

Case Number: 2:03-cr-00158-KJD-PAL

(Related case: 2:17-cv-00740-KJD)

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

___ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Petitioner's motion under 28 U.S.C. § 2255 to vacate, set aside, or correct his sentence is DENIED.
IT IS FURTHER ORDERED that petitioner is denied a certificate of appealability.

| | |
|---|---|
| 03/31/20 | DEBRA K. KEMPI |
| Date | Clerk |
| | /s/ A. Reyes |
| | Deputy Clerk |